UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**TAVIA WAGNER,**

      **Plaintiff,**

v.                                            Case No. 6:22-cv-2214-CEM-DAB

**MIDWAY REALTY HOLDINGS, LLC and CHUBBY'S CREATIONS, LLC,**

      **Defendants.**
_____/

**ORDER**

    THIS CAUSE is before the Court on Plaintiff's Notice of Settlement (Doc. 16), which advises the Court that the above-styled action has been settled.

    Accordingly, it is **ORDERED** and **ADJUDGED** that this cause is **DISMISSED with prejudice** subject to the right of any party, within sixty days from the date of this Order, upon good cause, to move the Court to re-open the case in accordance with Local Rule 3.09(b). The Clerk is directed to close this case.

    **DONE** and **ORDERED** in Orlando, Florida on March 6, 2023.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record